UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILLIAM JAY SHARP,<br><br>                                      Plaintiff,<br><br>v.<br><br>ALLY FINANCIAL INC.,<br><br>                                     Defendant. | Civil Action No. 6:15-cv-06520<br><br>**NOTICE OF FILING MOTION FOR SUMMARY JUDGMENT** |

**TO: ALL COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on <u>a date and time to be determined by the Court,</u> or as soon thereafter as counsel may be heard, the undersigned, attorneys for Defendant Ally Financial, Inc., ("Ally"), shall move before the Honorable Elizabeth A. Wolford, at the United States District Court for the Western District of New York, 2330 U.S Courthouse, 100 State Street, Rochester, New York 14614, for entry of an Order Granting Defendant's Motion for Summary Judgment, and for such other relief as may be just and proper.

**PLEASE TAKE FURTHER NOTICE** that in support of this Motion for Summary Judgment, the undersigned shall rely upon the accompanying Memorandum of Law submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested if this matter is contested.

Dated: August 2, 2016

                                          By:   <u>/s/ *Jason E. Manning*</u>
                                          Jason E. Manning
                                          T<small>ROUTMAN</small> S<small>ANDERS</small> LLP
                                          222 Central Park Avenue
                                          Virginia Beach, Virginia 23462
                                          Telephone: (757) 687-7564
                                          E-Mail: jason.manning@troutmansanders.com
                                          *Counsel for Defendant*

## CERTIFICATE OF SERVICE

I certify that on the 2nd day of August, 2016, I electronically filed the foregoing *Notice of Motion for Summary Judgment* with the Clerk of the Court using the ECF system, which will send notification of such filing to:

>Kenneth R. Hiller, Esq.
>Seth J. Andrews, Esq.
>Law Offices of Kenneth Hiller, PLLC
>6000 North Bailey Ave., Suite 1 A
>Amherst, NY 14226
>E-mail: sandrews@kennethhiller.com
>E-mail: khiller@kennethhiller.com

>By:   /s/ *Jason E. Manning*
>Jason E. Manning
>TROUTMAN SANDERS LL
>222 Central Park Avenue
>Virginia Beach, Virginia 23462
>Telephone: (757) 687-7564
>E-Mail: jason.manning@troutmansanders.com
>*Counsel for Defendant*

28851315