UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

───────────────────────────────

WILLIAM JAY SHARP,
                       Plaintiff,

    v.                                                    Civil Action No 6:15-cv-06520 EAW-JWF

ALLY FINANCIAL, INC.,

                       Defendant.

───────────────────────────────

## PLAINTIFF'S MOTION TO SUBSTITUTE PARTY

PLEASE TAKE NOTICE that on the affirmation of Kenneth R. Hiller dated August 30, 2016, the affidavit of Kathleen A. Majewski dated August 30, 2016, Plaintiff's Memorandum of Law submitted in opposition to Defendant', and all exhibits, prior pleadings and proceedings, Plaintiff hereby moves pursuant to Rule 25(c) of the Federal Rules of Civil Procedure for an order to substitute Kathleen A. Majewski, who was appointed the administrator of the estate of William J. Sharp, deceased, by the Surrogate Court of Monroe County, State of New York and who is now the duly appointed qualified and acting administrator of the Estate of William J. Sharp pursuant to letters testamentary issued on August 12, 2016; and that Kathleen J. Majewski be permitted to act in place and stead of the William J. Sharp in all future proceedings, together with such other and further relief that this Court deems just and equitable.

Dated:  August 26, 2016

                                                /s/Kenneth R. Hiller_____
                                                Kenneth R. Hiller, Esq.
                                                Law Offices of Kenneth Hiller
                                                *Attorneys for the Plaintiff*
                                                6000 North Bailey Avenue, Ste. 1A
                                                Amherst, NY 14226
                                                (716) 564-3288
                                                Email: khiller@kennethhiller.com