UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK



KATHLEEN J. MAJEWSKI, in her capacity as Administratrix of the Estate of William J. Sharp

                              Plaintiff,

v.

ALLY FINANCIAL INC.,

                              Defendant.

Civil Action No. 6:15-cv-06520

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COMES NOW the Kathleen J. Majewski in her capacity as Administratrix of the Estate of William J. Sharp (hereinafter "Plaintiff"), and the Defendant, Ally Financial Inc. (hereinafter "Defendant"), and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 16th day of August, 2019.

/s/ Seth J. Andrews
Kenneth R. Hiller, Esq.
Seth J. Andrews, Esq.
Law Offices of Kenneth Hiller, PLLC
6000 North Bailey Ave., Suite 1 A
Amherst, NY 14226
E-mail: sandrews@kennethhiller.com
E-mail: khiller@kennethhiller.com

*Counsel for Plaintiff*

/s/ Jason E. Manning
Jason E. Manning
Jonathan M. Kenney
TROUTMAN SANDERS LLP
222 Central Park Ave., Suite 2000
Virginia Beach, Virginia 23462
E-mail: jason.manning@troutman.com
E-mail: jon.kenney@troutman.com

*Counsel for Defendant Ally Financial Inc.*

SO ORDERED

ELIZABETH A. WOLFORD
United States District Judge
DATED: 8/16/2019

39753553